MELINDA HAAG (CABN 132612)
United States Attorney

J. Douglas Wilson (DCBN 412811)
Chief, Criminal Division

STEPHEN J. MEYER (CABN 263954)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, CA 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    E-Mail: stephen.meyer@usdoj.gov

Attorneys for Plaintiff

FILED
NOV 8 - 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE, CALIFORNIA

FOUR (4) CERTIFIED COPIES
OF WRIT DELIVERED TO THE
US MARSHAL NOV 8 - 2013
Date

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAUL VALLE MORPHIN, ) <br> ) <br> Defendant. ) <br> ) | NO. CR 13-00509-DLJ <br><br> PETITION FOR AND WRIT <br> OF HABEAS CORPUS <br> AD PROSEQUENDUM <br><br> Date: November 21, 2013 <br> Time: 1:30 p.m. |

TO:    The Honorable HOWARD R. LLOYD, United States Magistrate Judge of the United States District Court for the Northern District of California:

      The petition of Stephen Meyer, Assistant United States Attorney, respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of RAUL VALLE MORPHIN, whose place of custody and jailor are set forth in the requested Writ attached hereto.

//

1  WHEREFORE, your petitioner prays that this Honorable Court forthwith order that the attached
2  Writ of Habeas Corpus Ad PROSEQUENDUM issue as presented.

Respectfully submitted,

MELINDA HAAG
United States Attorney

DATED: November 6, 2013

_____
STEPHEN J. MEYER
Assistant United States Attorney

Based upon the application of the United States Attorney set forth above, and good cause appearing therefore, the application for a petition directing the issuance of a writ of Habeas Corpus Ad PROSEQUENDUM requiring the production of RAUL VALLE MORPHIN, forthwith for Initial Appearance before this Court on November 21, 2013 at 1:30p.m., or as soon thereafter as possible, is granted.

IT IS SO ORDERED.

DATED: 11/7/13

_____
Honorable HOWARD R. LLOYD
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  DONALD O'KEEFE, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Jailor/Warden at the Santa Clara County Jail, San Jose, California.

GREETINGS

WE COMMAND that on November 21, 2013, at1:30pm., or as soon as practicable, you have and produce the body of, RAUL VALLE MORPHIN, PFN# is DWW998, in your custody in the above-mentioned institution, before the Honorable HOWARD R. LLOYD , United States Magistrate Judge, United States District Court, in and for the Northern District of California, in Courtroom 2, 5th Floor, 280 S. First Street, San Jose, California, in order that RAUL VALLE MORPHIN may then appear for Initial Appearance in the above-entitled case, and that immediately after said hearing to return him forthwith to said herein-above-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court.

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Honorable HOWARD R. LLOYD, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED NOV 8 - 2013        CLERK, UNITED STATES DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA

                By:  _____
                          DEPUTY CLERK