FRANK BELL, CSBN 038955
A Law Corporation
333 Bradford Street, Suite 270
Redwood City, CA 94063
Tel: 650) 365-8300
Fax: (650) 366-8987
Email: FrankBell@FrankBellLaw.com

Counsel for Defendant
RAUL MORFIN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR 13-0509 DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [] ORDER TO CONTINUE HEARING |
| RAUL MORFIN, | ) | |
| Defendant. | ) | |

    Defendant RAUL MORFIN is in custody.  He is represented by counsel, FRANK BELL.  The next court appearance in this matter is scheduled for Thursday, February 27, 2014 at 9:00 a.m.

    Counsel for Mr. PRICE is counsel for defendants in two cases in San Mateo County.  He has appearances in those matters on Thursday morning and will not be able to be in court in San Jose.  In addition, counsel for Mr. Morfin, and AUSA Stephen Meyer are still discussing a resolution of the matter by plea.

    All parties further agree that an exclusion of time under the Speedy

STIP AND  ORDER CONTINUING HEARING      1

1  Trial Act, 18 U.S.C. 3161, is called for because the requested continuance is
2  needed to allow counsel sufficient time to prepare, and that the failure to
3  grant the continuance requested would unreasonably deny counsel the
4  reasonable time necessary for effective preparation, taking into account
5  the exercise of due diligence. The parties stipulate that the interest of
6  justice outweighs the best interest of the public and the defendants in a
7  speedy trial. Therefore, the parties agree that the Court shall order that the
8  Speedy Trial clock shall be tolled for the reasons stated above from
9  February 28, 2014 to the new date set by the court. 18 U.S.C. §
10  3161(h)(7)(A) and (B)(iv).
11         Wherefore, the parties request that this matter be continued one
12  week to March 6, 2014 at 9:00 a.m. or some other date convenient with the
13  court's schedule.
14
15  **IT IS SO STIPULATED:**
16                                                    MELINDA HAAG
                                                      United States Attorney
17
18  DATED: February 26, 2014          /s/ *Stephen Meyer*
                                                      STEPHEN MEYER
19                                                    Assistant United States Attorney
20
21
22  DATED: February 26, 2014          /S/ *Frank Bell*
                                                      FRANK BELL
23                                                    Attorney for Defendant
                                                      RAUL MORFIN
24
25
26
27  STIP AND ORDER CONTINUING HEARING                                    2
28

## ORDER

Good cause appearing;

IT IS ORDERED that the date for the hearing be and the same is hereby continued to March 6, 2014 at 9:00 a.m.

Dated:

Hon. D. Lloyd Jensen
United State District Judge

STIP AND ORDER CONTINUING HEARING       3